United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 18-18043-elf
Clayton M Buzalski                                                              Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: PaulP            Page 1 of 1           Date Rcvd: Apr 01, 2019
                          Form ID: 211           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2019.
db            +Clayton M Buzalski,    551 Fernwood Lane,    Fairless Hills, PA 19030-3803

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com Apr 02 2019 03:14:30      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                               TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2019 at the address(es) listed below:
        GEORGE R. TADROSS    on behalf of Debtor Clayton M Buzalski gtadross@tadrosslaw.com,
        r55386@notify.bestcase.com;robin@tadrosslaw.com
        KEVIN G. MCDONALD    on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
        ROBERT H. HOLBER    trustee@holber.com,   rholber@ecf.axosfs.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:  	Chapter: 7

    Clayton M Buzalski

Debtor(s)  	Case No: 18−18043−elf

___

*ORDER*

AND NOW, 4/1/19 , the debtor having failed to file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 727(a)(11); see also Bankruptcy Rule 4004, or a request for a waiver from this requirement. 11 U.S.C. § 109(h)(4),

And the statement regarding personal financial management was due, *see* Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have until 4/15/19 to file a statement regarding completion of an instructional course concerning personal financial management or a request for a waiver from such requirement. If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 7 discharge. See Advisory Committee Note to Fed. R. Bankr. P. 4004.

          For The Court

          Eric L. Frank

          Judge ,United States Bankruptcy Court