Certificate Number: 06501-PAE-DE-032593174

Bankruptcy Case Number: 18-18043



06501-PAE-DE-032593174

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 4, 2019</u>, at <u>10:16</u> o'clock <u>AM CDT</u>, <u>Clayton Buzalski</u> completed a course on personal financial management given <u>by internet</u> by <u>Arbor Investments LTD.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>April 4, 2019</u>            By:    <u>/s/Carlo Skrupa</u>

                                                    Name:  <u>Carlo Skrupa</u>

                                                    Title:   <u>Program Manager</u>